# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HENDERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES A. YATES,<br><br>        Defendant.<br>_____/ | 1:07-cv-01239-LJO-GSA-PC<br><br>ORDER ADVISING PARTIES THAT DISCOVERY HAS NOT COMMENCED IN THIS ACTION<br><br>ORDER RESOLVING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER<br>(Doc. 12) |

      Plaintiff Bernard Henderson ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 30, 2007, at the Fresno County Superior Court. On August 24, 2007, the case was removed by defendant Yates ("defendant") to the United States District Court for the Eastern District of California. On December 7, 2007, plaintiff filed an amended complaint. On December 10, 2007, the court issued an order advising the parties that the court will screen the amended complaint in due time. On December 26, 2007, defendant filed a motion for a protective order to stay discovery pending the court's screening of the amended complaint.

      In the motion for a protective order, defendant states that plaintiff served defendant with discovery requests on November 9, 2007. Defendant requests an extension of time to respond to plaintiff's pending discovery requests.

      The parties are hereby advised that the time for discovery in this action has not commenced. The court shall establish a discovery schedule at a later date by issuing a scheduling order which

1 shall be served upon all parties to this action.  Until then, the parties shall not pursue discovery in
2 this action.  Defendant may disregard any pending discovery requests which have been served upon
3 him by plaintiff.  As such, defendant's motion for a protective order is hereby resolved.
4     IT IS SO ORDERED.
5     Dated:   **January 23, 2008**                    /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE